USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN L. LEWIS, et al.,

                Plaintiffs,

- against -

RAYMOND CUNNINGHAM, et al.,

                Defendants.

**ORDER**

05 Civ. 9243 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on March 10, 2009,

**IT IS HEREBY ORDERED THAT** the Parties shall complete discovery in this case no later than **March 27, 2009**.

**SO ORDERED** this 10th day of March 2009
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge